**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **AMERICAN IMMIGRATION COUNCIL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 11-1972 (JEB)** |
| **UNITED STATES DEPARTMENT OF** | ) | |
| **HOMELAND SECURITY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**MOTION TO SET BRIEFING SCHEDULE REGARDING**
**PLAINTIFF'S ATTORNEYS' FEES**

Plaintiff American Immigration Council ("AIC") respectfully moves the Court to set a briefing schedule to resolve the issue of attorneys' fees which the parties have been negotiating for the past five months. Since April, AIC and Defendants, U.S. Department of Homeland Security ("DHS") and U.S. Customs and Border Protection ("CBP"), hereinafter "the Parties," have participated in good faith negotiations—including multiple e-mails and several conference calls—to resolve AIC's request for attorneys' fees in the underlying litigation. In the course of these negotiations, Defendants have made numerous requests for information, further documentation, support and clarification, to which Plaintiff has responded in full. A detailed account of the Parties' negotiations regarding attorneys' fees in this matter and two related matters is set forth in the Declaration of Melissa Crow and its accompanying exhibits demonstrating the written correspondence. Key portions of the correspondence and negotiations are summarized below.

On April 7, 2014, Plaintiff informed Defendants of the amount of attorneys' fees and costs expended in this matter. The Parties were unable to find a mutually convenient time for a telephone conference until June 24, 2014. A few minutes before the scheduled call, Defendants' counsel requested additional information about the requested attorneys' fees and costs and asked to

information on July 8, 2014 and requested a conference call to discuss any questions or open issues. Due to the unavailability of Defendants' counsel, the call did not take place until July 31, 2014.  At that time, Defendants' counsel posed several technical questions regarding the billing records provided by Plaintiff's counsel and indicated that they would send a written response, including a counteroffer.  The Parties agreed to make diligent efforts to resolve the issue of attorneys' fees by September 15, 2014 and to submit a joint status report to the Court regarding the status of negotiations on attorneys' fees.

Based on the telephone conference between the Parties on July 31, 2014, it was AIC's understanding that Defendants would provide a written response to AIC's request for attorneys' fees, which would specify any additional information or clarifications needed  to resolve the issue of attorneys' fees.  It was also AIC's understanding that the Parties would submit a status report to the Court, with the goal of concluding their negotiations on attorneys' fees by mid-September 2014.  On August 28, 2014, AIC sent Defendants a proposed status report.  In response, Defendants' counsel, for the first time in the five-month negotiation period, took the position that Defendants had no obligation to pay attorneys' fees because AIC had not filed a motion in accordance with Fed. R. Civ. P. 54.

Upon receipt of the August 28, 2014, letter, and prior to filing this motion, AIC's counsel attempted to meet and confer with Defendants' counsel, as required by Local Civil Rule 7(m). Defendants' counsel responded that agency counsel is not available for discussion before September 3, and that Defendants take no position with respect to this motion.

For the foregoing reasons, Plaintiff respectfully requests that the Court set a briefing

schedule to resolve the issue of attorney's fees in this case.  Plaintiff is prepared to file a Motion

for Attorneys' Fees on or before September 15.

Respectfully submitted,

DATED:  August 29, 2014

|  |  |
|---|---|
| /s/ Michelle Grant<br>Michelle Grant<br>(*Admitted Pro Hac Vice*)<br>DORSEY & WHITNEY LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402 (612) 340-7883<br>(telephone) (612) 340-8800 (facsimile)<br>grant.michelle@dorsey.com<br><br>Creighton R. Magid<br>D.C. Bar #476961<br>DORSEY & WHITNEY LLP<br>1801 K Street, N.W., Suite 750<br>Washington, D.C. 20006<br>(202) 442-3000 (telephone)<br>(202) 442-3199 (facsimile)<br>magid.chip@dorsey.com<br><br>Melissa Crow<br>D.C. Bar #453487<br>American Immigration Council<br>1331 G Street, N.W., Suite 200<br>Washington, D.C. 20005<br>(202) 507-7523 (telephone)<br>(202) 742-5619 (facsimile)<br>mcrow@immcouncil.org<br><br>Attorneys for Plaintiff |  |